THE HONORABLE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ZIMMER AUSTIN INC.<br><br>        Plaintiff,<br><br>vs.<br><br>JAMES MICHAEL IRWIN,<br><br>        Defendant. | NO.  C04-5261 KLS<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

COME NOW the parties, through their respective attorneys and stipulation as follows:

One of plaintiff's witnesses ("plaintiff's witness") was originally scheduled for deposition on March 8, 2006, but the parties had to reschedule plaintiff's witness'

---

**STIPULATION AND ORDER EXTENDING DEADLINES ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

C04-5261FDB
Page 1 of 3

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

deposition until March 31, 2006 because he has been involved in a trial in Los Angeles, California for a longer period than expected.

The defendant's deadline to respond to the plaintiff's summary judgment motion is March 20, 2006, and it is the defendant's position that the deposition of plaintiff's witness will most likely be a critical part of the response.

Therefore, the parties respectfully request that the court extend the defendant's deadline to respond to the plaintiff's motion for summary judgment until April 7, 2006 and extend the plaintiff's deadline to reply to defendant's response brief until April 12, 2006.

DATED: _____

DAVIES PEARSON, P.C.                    BAKER & DANIELS

By: __(original signed)__               By: __(original signed)__
PETER T. PETRICH, WSBA #8316            J. STEPHEN BENNETT (*Pro Hac Vice*)
Attorneys for Defendant                 Attorney for Plaintiff

### ORDERED

The court having reviewed the records and files herein, including the parties' stipulation above, it is hereby

ORDERED, the defendant's deadline to respond to plaintiff's motion for summary judgment is hereby extended to April 7, 2006.

ORDERED, the plaintiff's deadline to reply to defendant's response brief is hereby extended to April 12, 2006.

**STIPULATION AND ORDER EXTENDING DEADLINES ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

C04-5261FDB
Page 2 of 3

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

1 | Oral arguments has been requested by all parties and a hearing date has been
2 | scheduled for April 21, 2006 at 9:00 a.m.
3 | All other dates and deadlines previously set by the court remain unchanged.
4 | DATED: March 16, 2006

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

**STIPULATION AND ORDER EXTENDING DEADLINES ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

C04-5261FDB
Page 3 of 3

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052