UNITED STATES MAGISTRATE JUDGE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ZIMMER AUSTIN INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>JAMES MICHAEL IRWIN, <br><br>　　　　Defendant. | No. C04-5261 KLS <br><br> ORDER OF DISMISSAL |

**ORDER**

Based upon the foregoing stipulation of counsel for Plaintiff Zimmer Austin, Inc., and Defendant James Michael Irwin,

IT IS HEREBY ORDERED that all claims and counterclaims by and between the parties are hereby dismissed with prejudice and without attorney's fees or costs.

DATED this 18th day of May, 2006.

　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed below:

J. Stephen Bennett

Peter T. Petrich

BULLIVANT HOUSER BAILEY PC


By: /s/Marci L. Brandt
      Marci L. Brandt

marci.brandt@bullivant.com

3492372.1